UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT BELL, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV496 JCH |
| ) | |
| FELICIA CURTIS, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Plaintiff's Request for Motion to Compel, filed May 16, 2008. (Doc. No. 44). Upon consideration, the Court will deny Plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for Motion to Compel (Doc. No. 44) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff is granted until **Monday, June 30, 2008**, within which to provide the Court with the proper addresses for Defendants **Felicia Curtis, Unknown Percy, J. Miller, and Unknown Walls**. Failure to do so will result in the Court's dismissing Plaintiff's Complaint against those Defendants without prejudice.

Dated this 22nd day of May, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE