UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT BELL, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:07CV496 JCH |
| | ) |
| FELICIA CURTIS, et al., | ) |
| | ) |
| Defendant(s). | ) |

### ORDER OF DISMISSAL

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED**.

Dated this 8th day of July, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE